IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-376-JEB |
| | : | |
| **BRIAN SIZER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of exhibits in support of its recommendation at the sentencing hearing in the above-captioned matter. Copies of the exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is briefly identified and described below:

- **Exhibit A**: video taken on defendant Brian Sizer's cellular phone on January 6, 2021;
- **Exhibit B**: video depicting the breach of the Parliamentarian Door on January 6, 2021;
- **Exhibit C**: video depicting the breach of the Parliamentarian Door on January 6, 2021;
- **Exhibit D**: open-source video depicting the Northwest Courtyard on January 6, 2021;
- **Exhibit E**: video taken on Julia Sizer's cellular phone on January 6, 2021;
- **Exhibit F**: Closed Circuit Video footage of defendant Brian Sizer's entrance into the U.S. Capitol through the Parliamentarian Door on January 6, 2021;
- **Exhibit G**: video taken on Julia Sizer's cellular phone on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

1

By:   */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov